IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KASHA L. GORDON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AUBURN UNIVERSITY, ) <br> ) <br> Defendant. ) | CASE NO. 3:22-cv-708-RAH-JTA <br> (WO) |

## ORDER

Before the court are Defendant Auburn University's Motion to Compel and Motion for Sanctions. (Doc. No. 63). Upon consideration of the motions, it is ORDERED as follows:

1. **On or before May 24, 2024**, Plaintiff shall file a response to Defendant's Motion to Compel and Motion for Sanctions (Doc. No. 63), showing cause why the motion to compel should not be granted and why sanctions should not be imposed. **On or before May 31, 2024**, Defendant shall file reply.

2. Defendant's Motion to Compel and Motion for Sanctions (Doc. No. 63) are SET for a hearing on **June 11, 2024**, at 10:00 a.m. in Courtroom 4B, Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama before the undersigned. Plaintiff and Defendant's counsel shall appear at the hearing in person.

***Failure to comply with this Order may constitute grounds for dismissal for failure to comply with court orders and failure to prosecute.***

2

The Clerk of the Court is DIRECTED to provide a court report for the hearing.

DONE this 10th day of May, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE