IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KASHA L. GORDON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:22-cv-708-RAH-JTA ) (WO) |
| AUBURN UNIVERSITY, | ) ) |
| Defendant. | ) |

## **ORDER**

Before the court is the Plaintiff's Amended Motion for Protective Order. (Doc. No. 67.)  Accordingly, it is

ORDERED that on or before May 30, 2024, the defendant shall show cause in writing as to why the motion should not be granted.

The parties should be prepared to address the motion (Doc. No. 67) at the status conference that is currently set for June 11, 2024.

DONE this 17th day of May, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE