IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KASHA L. GORDON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 3:22-cv-708-RAH-JTA |
| | )        (WO) |
| AUBURN UNIVERSITY, | ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

Before the court is the Defendant's Motion for a Protective Order Requiring Depositions be Taken in Auburn, Alabama. (Doc. No. 69.)  Accordingly, it is

ORDERED that on or before **May 28, 2024**, the plaintiff shall show cause in writing as to why the motion should not be granted.

The plaintiff is specifically ADVISED to address the issues raised by the defendant in the motion and state why this motion should not be granted.

It is further ORDERED that this motion is set for oral argument by telephone on May 29, 2024 at 9:00 a.m.  The Courtroom Deputy is directed to provide to the parties the necessary information to participate in the telephone oral argument.

DONE this 20th day of May, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE