IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KASHA L. GORDON,           )<br>                             )<br>   Plaintiff,              )<br>                             )<br>v.                           )<br>                             )<br>AUBURN UNIVERSITY,           )<br>                             )<br>   Defendant.             )  | CASE NO. 3:22-cv-708-RAH-JTA<br>(WO) |

## **ORDER**

The undersigned has noticed a scrivener's error in the May 10, 2024 order entered in this case. (*See* Doc. No. 66.) The order mistakenly refers to Doc. No. 63, when it should have referred to Doc. No. 65. For the sake of clarity and accuracy in the record, it is

ORDERED that said order (Doc. No. 66) is VACATED.

Before the court are Defendant Auburn University's Motion to Compel and Motion for Sanctions. (Doc. No. 65.) Plaintiff timely filed a response to said motions on May 22, 2024. (Doc. No. 71.) Upon consideration of the motions and response thereto, it is ORDERED as follows:

1. **On or before May 31, 2024**, Defendant shall file reply in support of the Motion to Compel and Motion for Sanctions. (Doc. No. 65.)

2. Defendant's Motion to Compel and Motion for Sanctions (Doc. No. 65) are SET for a hearing on **June 11, 2024**, at 10:00 a.m. in Courtroom 4B, Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery,

Alabama before the undersigned. Plaintiff and Defendant's counsel shall appear at the hearing in person.

***Failure to comply with this Order may constitute grounds for sanctions, including an adverse ruling or a recommendation for an adverse judgment for failure to prosecute and to comply with court orders.***

The Clerk of the Court is DIRECTED to provide a court report for the hearing.

DONE this 30th day of May, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE